IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 5:10-CR-_42-HL_ |
| v. | : VIOLATION: |
| | :    18 U.S.C. § 912 |
| MICHAEL JEROME SMITH | : |

THE GRAND JURY CHARGES:

### COUNT ONE
### (FALSE PERSONATION)

That on or about November 30, 2009 in the Macon Division of the Middle District of Georgia, the defendant,

**MICHAEL JEROME SMITH,**

did knowingly pretend to be an officer acting under the authority of the United States as an officer of the United States Navy Reserve and acted as such to wit: by faxing a letter, penned by a fictitious officer to the Twiggs County District Attorneys office requesting a criminal court appearance be continued until a fictitious two year tour of duty to Afghanistan was completed; all in violation of Title 18, United States Code, Section 912.

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

PRESENTED BY:

_____
JENNIFER KOLMAN
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this _9th_ day of _June_, A.D. 2010.

_____
Clerk